UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 20-00313JVS(JDEx) | Date | July 8, 2020 |
|---|---|---|---|
| Title | James Rutherford v Basraon LLC, et al | | |

| Present: The Honorable | **James V. Selna, U.S. District Court Judge** |
|---|---|

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER RE SCHEDULING DATES**

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

**Jury Trial**                               July 13, 2021 at 8:30 a.m.
  File Findings of Fact and Conclusions of Law by July 6, 2021
**Final PreTrial Conference**         June 28, 2021 at 11:00 a.m.
  File PreTrial Documents not later than June 22, 2021
  File motions in limine not later than June 1, 2021
**Discovery Cut-off**                    March 30, 2021
**Law and Motion Cut-off**           May 24, 2021 at 1:30 p.m.
  Motions to be filed and served not later than April 27, 2021
**Last Day to Amend Pleadings or Add Parties** November 30, 2020

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #2 before the Court's Attorney Settlement Panel. The Court orders that any settlement discussions shall be completed not later than January 29, 2021. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

**The Scheduling Conference set for July 13, 2020 at 10:30 a.m. is VACATED.**
On March , 2020, the Court issued an order to show cause why the Court should not decline to exercise supplement jurisdiction over the state claims (28 U.S.C. § 1367). (Docket No. 9.) Plaintiff responded. (Docket No. 16.)

Pursuant to 28 U.S.C. § 1367(c)(4), the Court declines to exercise supplemental jurisdiction in light of California's recent legislation regulating the filing of claims under California Civil Code §§ 51 et seq. which evidences a special state interest in such cases. The Court adopts the reasoning in Schutza v. Cuddeback, 262 F. Supp. 3d 1025 (S.D. Cal. 2017), and Arroyo v. Kazamo, LLC, Case No. CV 19-2720 PA (MRWx), Central District of California, Aug. 5, 2019.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 20-00313JVS(JDEx)　　　　　　　　　Date  July 8, 2020

Title  James Rutherford v Basraon LLC, et al

     The Court stays these claims pending the disposition of the Ninth Circuit appeals in Schutza and Arroyo.  Landis v. N. Am. Co., 299 U.S. 248, 254 (1936).  The stay does not bar any party from moving for equitable relief or complying with the Court's orders regarding site inspections

                                                                            :  0

Initials of Preparer  lmb