Kam Kooshki, (SBN 232315)
Sammy Zreik   (SBN 249020)
**WHITBECK, KOOSHKI & ZREIK LLP**
21515 Hawthorne Blvd. #1130
Torrance, CA 90503
Tel:   (888) 972-9477
Fax:   (310) 540-1112

Attorney for Defendant
BASRAON LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual;<br><br>             Plaintiff(s),<br><br>    v.<br><br>BASRAON LLC, a California limited liability company; and DOES 1 through 10, inclusive.<br><br>             Defendant(s). | Case No.: 8-20-cv-00313-JVS-JDE<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with the Notice of Motion and Motion for Summary Judgment; Declaration of Abel Machado; and Proposed Order]*<br><br>**Hearing**<br>Date: March 1, 2021<br>Time: 9:00 AM<br>Ctrm.: 7C<br>350 W. 1st Street, Courtroom 7C, 7th FL<br>Los Angeles, CA 90012<br><br>Complaint Filed:   February 18, 2020<br>Trial Date:           July 13, 2021 at 8:30 AM |

- 1 -

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

Defendant BASRAON LLC d/b/a KENTUCKY FRIED CHICKEN ("KFC") submit the following Statement of Uncontroverted Facts in support of its motion for summary judgment or, in the alternative, partial summary judgment pursuant to Fed. R. Civ. P. 56.

### UNCONTROVERTED FACTS

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 1. Plaintiff's Complaint alleges there were no designated parking spaces available for persons with disabilities at Defendant's 1345 S. Main Street, Santa Ana, CA 92707 KFC location ("Restaurant"). | Plaintiff's Complaint, ¶11<br>DKT #1 |
| 2. Plaintiff's Complaint alleges that Restaurant have a curb ramp that projects into the parking roadway. | Plaintiff's Complaint, ¶12<br>DKT #1 |
| 3. Plaintiff alleges the slope of the curb ramp flares at the curb ramp connecting the accessible parking spaces to the accessible route exceed 22%. | Plaintiff's Complaint, ¶12<br>DKT #1 |
| 4. Plaintiff alleges that Restaurant has no accessible routes connecting the parking to the main entrance or elements within the facility. | Plaintiff's Complaint ¶12<br>DKT #1 |
| 5. Plaintiff alleges the grab bar in the restroom of the Restaurant measures only about 24 inches in length. | Plaintiff's Complaint ¶12<br>DKT #1 |

- 2 -

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

LAW OFFICE OF WHITEBECK, KOOSHKI & ZREIK LLP
21515 Hawthorne Blvd. #1130, Torrance Ca 90503

LAW OFFICE OF WHITEBECK, KOOSHKI & ZREIK LLP
21515 Hawthorne Blvd. #1130, Torrance Ca 90503

| | | |
|---|---|---|
| 6. | Plaintiff alleges the Restaurant restroom's water supply and drain pipes under the sink that are not insulated or otherwise configured to protect against contact. | Plaintiff's Complaint ¶12<br><br>DKT #1 |
| 7. | Plaintiff alleges clear floor space at the interior of the restroom door that has less than the required 18 inches clearance on the latch side of the door. | Plaintiff's Complaint ¶12<br><br>DKT #1 |
| 8. | The complaint fails to allege how any of the alleged violations specifically impacted Plaintiff's use of the facility or how it discriminated against him during his claimed visit. | |
| 9. | All alleged violations made by Plaintiff in Plaintiff's Complaint are no longer present at the Restaurant. | Declaration of Abel Machado, ¶ 3, and Exhibit B attached thereto |

Dated: December 30, 2020        **WHITBECK, KOOSHKI, & ZREIK LLP**

By: /s/ Sam Zreik
Sam Zreik, ESQ.
Attorney for Defendant
BASRAON LLC

- 3 -

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 21515 Hawthorne Blvd. Suite 1130, Torrance, CA 90503.

On December 30, 2020 I served the document described as **STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** with the Clerk of the United States District Court District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

☒(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM) In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF System.

☒(FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 30, 2020 at Torrance, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

_____
Farzan Parandeh