1   Kam Kooshki, (SBN 232315)
2   Sammy Zreik   (SBN 249020)
    **WHITBECK, KOOSHKI & ZREIK LLP**
3   21515 Hawthorne Blvd. #1130
    Torrance, CA 90503
4   Tel:   (888) 972-9477
    Fax:   (310) 540-1112
5
    Attorney for Defendant
6   BASRAON LLC
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10

11  JAMES RUTHERFORD, an individual;        )   Case No.: 8-20-cv-00313-MCS-JDE
                                            )
12              Plaintiff(s),               )   **DECLARATION OF ABEL MACHADO IN**
                                            )   **SUPPORT DEFENDANT'S MOTION FOR**
13                                          )   **SUMMARY JUDGMENT OR, IN THE**
                                            )   **ALTERNATIVE, PARTIAL SUMMARY**
14         v.                               )   **JUDGMENT**
                                            )
15                                          )   *[Filed Concurrently with the Notice of Motion and*
                                            )   *Motion for Summary Judgment; Statement of*
16                                          )   *Uncontroverted Fact and Conclusions of Law; and*
    BASRAON LLC, a California limited liability )   *Proposed Order]*
17  company; and DOES 1 through 10, inclusive. )
                                            )
18                                          )   **Hearing**
                                            )   Date: March 1, 2021
19                                          )   Time: 9:00 AM
                                            )   Ctrm.: 7C
20              Defendant(s).               )
                                            )
21  ──────────────────────────────────────  )   Complaint Filed:   February 18, 2020
                                                Trial Date:        July 13, 2021 at 8:30 AM
22
23
24
25
26
27
28

LAW OFFICE OF WHITEBECK, KOOSHKI & ZREIK LLP
21515 Hawthorne Blvd. #1130, Torrance Ca 90503

───────────────────────────────────────────────
DECLARATION OF STAN SINGH IN SUPPORT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR,
IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

1.     I am a Certified Access Specialist, currently under the employ of Access Design Specialist, and have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify hereto.

2.     I have been a licensed California Certified Access Specialist, License #CASp-0145, since 2008.  A true and correct copy of my current Curriculum Vitae is attached hereto as Exhibit A.

3.     I reviewed Plaintiff's Complaint in this action and have reviewed photographs that I understand depict portions of the KFC facility located at 1345 S. Main Street, Santa Ana, CA 92707 KFC location ("Restaurant"). I understand Plaintiff claims the following violations existed at the Restaurant: 1) no designated parking spaces available for persons with disabilities; 2) has a curb ramp that projects into the parking roadway; 3) slope of the curb ramp flares at the curb ramp connecting the accessible parking spaces to the accessible route exceed 22%; 4) has no accessible routes connecting the parking to the main entrance or elements within the facility; 5) the grab bar in the restroom of the Restaurant measures only about 24 inches in length; 6) Restaurant restroom's water supply and drain pipes under the sink that are not insulated or otherwise configured to protect against contact; and 7) clear floor space at the interior of the restroom door that has less than the required 18 inches clearance on the latch side of the door.

4.     Based upon my review, I found that all of the abovementioned alleged violations have been corrected and Restaurant now fully compliant with the guidelines of the Americans with Disabilities Act Accessibility Guidelines. Based on my observations, training, and knowledge of applicable standards, I have concluded that none of the barriers alleged in the Complaint exist at the Restaurant. All violations alleged are compliant with the applicable 2010 ADA Standards and 2016 California Building Code.

DECLARATION OF STAN SINGH IN SUPPORT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

5.      Attached hereto as Exhibit B are the photographs I reviewed showing the absence of the alleged violations at the Restaurant.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct. Executed on November 17, 2020 in Torrance, California.

Abel Machado

LAW OFFICE OF WHITEBECK, KOOSHKI & ZREIK LLP
21515 Hawthorne Blvd. #1130, Torrance Ca 90503

DECLARATION OF STAN SINGH IN SUPPORT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

**EXHIBIT # A**

**Abel Machado, CASp-0145**
1337 Douglass Drive
Pomona, CA 91768
Tel. (626) 416-7830
Email: abel.ads@outlook.com

| | |
|---|---|
| **Education** | **California State Polytechnic University, Pomona** |
| | **Cerritos Community College** |
| **General** | |
| **Experience** | 13 years in Architectural Design & Construction Administration, 3 years spearheading Architectural Barrier Removal & Site Accessibility Report programs, 2 years Construction Project Engineer experience.  7 ½ years Certified Access Specialist (CASp-0145) experience. |

**Work Experience**

08/2016 – 9/2017   **HMC Architects, Ontario, CA**   *Project Coordinator*
- Managing Consultants and Producing construction documents for various Kaiser Projects.

09/2014 – 2/2016   **Pacific National Group, Irwindale, CA**   *Project Engineer*
- Project Engineer for the ground-up Nordstrom in Torrance (50+Mil) and Century City Hospital TI (70+Mil OSHPD Project).  Responsible for soliciting bids, awarding contracts to various trades, construction administration, managing subs, writing change orders and RFI's, reviewing submittals, hosting Owner / OAC meetings, and Inspecting Sub-Contractor's work to ensure work is constructed per Agency approved plans.

11/2013 – 9/2014   **Casper Development Resources, La Mesa, CA,**   *CA Certified Access Specialist (CASp-1045)*
- Responsibilities include inspecting facilities (exterior/interior) for compliance with 2013 CBC (Chapter 11B) Accessibility Code, Egress Code and 2010 ADA (Americans with Disabilities Act), preparing reports with findings for clients such as Best Buy, Trader Joes, Smart & Final, and Carl's Jr at most California locations.

12/15/09-7/2014   **City of El Monte, El Monte, CA,**   *Planning Commissioner*
8/2009-Present   **Access Design Specialists, Principal**
- Site Accessibility Compliance Inspections and Drafting Services.

1/25/12-11/15/13   **Puchlik Design Associates, CA**   *Job Captain, Certified Access Specialist*

- Reviewed design staff projects for CBC/ADA access compliance.
- Composed Accessibility Evaluation on Title II government owned property (Stengel Ball Field, Glendale, CA) for compliance with current codes of the 2010 ADA and 2013 CBC.
- Lead Job Captain on all Cedars Sinai projects at various stages ranging from SD, DD, CD, and CA. Responsible for composing working drawings using 2013 Revit & 2013 AutoCAD, C.A. (Construction Administration), interaction with client staff, coordinating and responding to OSHPD, RFI's.  Coordinated submittals, field inspections, meeting minutes, consultant coordination and bi-weekly construction meetings.

10/6/08-1/12/12   **Menemsha Construction Solutions, Hawthorne,** CA   *Job Captain, Certified Access Specialist*
- Developed, designed, and spearheaded Accessibility Survey programs for Reebok (California), KeyBank (Nationwide), and McDonalds Restaurants (Nationwide).
- Designed and prepared Construction Documents for the removal of Architectural Barriers for various McDonald's, Pinkberry, Starbucks, KFC, and Lululemon,  sites throughout California.

2/1/08-9/15/08   **The Design Management Group, Baldwin Park, CA.**   *Designer*
- Responsible for designing Access Compliant sanitary facilities, lobbies, assembly areas, pharmacy and check-in counters, Doctor's exam rooms, exterior walks, ramps, and parking facilities.
- Managed small to medium size projects for Kaiser Permanente's T.I. design work & Architectural Barrier removal program.
- Responsible for preparing complete C.D. sets for submittal to various agencies including OSHPD.

2/15/07-1/30/08   **Charles T. Bryant & Associates, Pasadena, CA.**   *Architectural Draftsman*
- Produced CAD drawings and details from the schematic to construction document phases. Responsible for Access Compliance on active projects, such as Pasadena C. College main entrance ramp, and the entire remodel of Volunteers of America, (Downtown, L.A.)

6/01/04–2/14/07   **Archint International, Long Beach, CA**   *Architectural Draftsman*

1/1991-2004   **McDonnell Douglas/ The Boeing Company, Long Beach, CA**   *Air Surface and Structural Mechanic*

**Skills**   **Certified Access Specialist (CASp-0145) Expert in 2010 ADAAG & 2013 CBC (Chapter 11B)**
**Well Versed in Revit Architecture 2014, Well Versed in AutoCAD 2014**
**Proficient with Microsoft Word, Excel, Power Point and Outlook, Basic Photoshop skills**

**EXHIBIT # B**



**AccessDesign** specialists

*Access Design Specialists*
*Pomona, CA 91768*
*Phone: 626-416-7830*

# CONSTRUCTION RELATED ACCESSIBILITY COMPLIANCE REPORT

*Report Type: Inspected by a CASp*

*Location Inspected:*
Kentucky Fried Chicken
1345 South Main Street
Santa Ana, CA 92707

*Report Prepared For:*
Satvinder Sraon, Inc.
M283 Mesa Drive
Costa Mesa, CA 92627

*Inspection Date:*
November 14, 2020

*Report Date:*
November 17, 2020



# NOTICE TO PRIVATE PROPERTY OWNER/TENANT:

YOU ARE ADVISED TO KEEP IN YOUR RECORDS ANY WRITTEN INSPECTION REPORT AND ANY OTHER DOCUMENTATION CONCERNING YOUR PROPERTY SITE THAT IS GIVEN TO YOU BY A CERTIFIED ACCESS SPECIALIST.

IF YOU BECOME A DEFENDANT IN A LAWSUIT THAT INCLUDES A CLAIM CONCERNING A SITE INSPECTED BY A CERTIFIED ACCESS SPECIALIST, YOU MAY BE ENTITLED TO A COURT STAY (AN ORDER TEMPORARILY STOPPING ANY LAWSUIT) OF THE CLAIM AND AN EARLY EVALUATION CONFERENCE.

IN ORDER TO REQUEST THE STAY AND EARLY EVALUATION CONFERENCE, YOU WILL NEED TO VERIFY THAT A CERTIFIED ACCESS SPECIALIST HAS INSPECTED THE SITE THAT IS THE SUBJECT OF THE CLAIM.  YOU WILL ALSO BE REQUIRED TO PROVIDE THE COURT AND THE PLAINTIFF WITH A COPY OF A WRITTEN INSPECTION REPORT BY THE CERTIFIED ACCESS SPECIALIST, AS SET FORTH IN CIVIL CODE SECTION 55.54.  THE APPLICATION FORM AND INFORMATION ON HOW TO REQUEST A STAY AND EARLY EVALUATION CONFERENCE MAY BE OBTAINED AT http://www.courts.ca.gov/selfhelp-start.htm.

YOU ARE ENTITLED TO REQUEST, FROM A CERTIFIED ACCESS SPECIALIST WHO HAS CONDUCTED AN INSPECTION OF YOUR PROPERTY, A WRITTEN INSPECTION REPORT AND OTHER DOCUMENTATION AS SET FORTH IN CIVIL CODE SECTION 55.53.  YOU ARE ALSO ENTITLED TO REQUEST THE ISSUANCE OF A DISABILITY ACCESS CERTIFICATE, WHICH YOU MAY POST ON YOUR PROPERTY.

# Section 1 - Introduction & Overview

**This report is prepared pursuant to the California Construction Related Accessibility Standards Compliance Act (CA Civil Code 55.51) by Abel Machado, California Certified Access Specialist (CASp-0145).**

Signed: _____          Date: November 17, 2020

Abel Machado (CASp-0145)

This report evaluates a place of public accommodation's conformance with the applicable construction-related accessibility standards set forth in the American's with Disabilities Act of 1990 ("ADA") and the California Building Code ("CBC"). It identifies construction-related barriers, if any, within the inspected site or facility which people with disabilities may encounter and which may prevent full and equal access to goods and services.

## CASp DETERMINATION

In the opinion of this CASp, the inspected structures and areas of the site NEED CORRECTION to meet the applicable construction-related accessibility standards. This determination does not include an assessment of readily achievable barrier removal.

For areas needing correction see Section 2 (when applicable).

Previous CRASCA inspections by ADS, Inc.: Yes

## RECOMMENDED SCHEDULE OF COMPLETION

The items identified within Section 2 of this report should be evaluated and corrected within 12-18 months.

## FACILITY DESCRIPTION & AREAS OF INSPECTION

The Facility is a one-story casual restaurant with off street only parking.

The Facility is classified as a Place of Public Accommodation by the ADA.

The inspection included the following public areas:

KFC - 1345 South Main Street, Santa Ana CA

# Section 1 - Introduction & Overview

Exterior
1. Accessible Parking
2. Accessible route from accessible parking
3. Cross Walk and Curb Ramp
4. Men's Restroom Interior Clearance, Lavatory Pipe Insulation, and Grab Bars

## APPLICABLE CODES

Original construction date of the facility is unknown.  The facility had interior and exterior alterations in 2008 therefore, is subject to the requirements of the 2007 CBC, 1991 ADA, 2016 CBC.

## REPORT METHODOLOGY

A site visit was made to inspect and evaluate the customer portions of the facility. Each customer area was compared to the applicable construction standards set forth in the ADAS and the CBC.  Photographs of the site were taken and are included within the report.  Any items determined to not conform to the applicable construction-related requirements have been listed in Section 2.

## REPORT FORMAT

This report is broken down into the following sections:

Section 1 - Introduction & Overview:   Provides a description of the Facility and the areas inspected along with a determination of the applicable codes.

Section 2 – Items Needing Correction:   Where features of the inspected facility do not conform to the applicable construction standards this section details the non-conformance, comments on the current condition, makes a general suggestion for corrective action and references a photograph illustrating the condition.

Section 3 – Photographs:  Provides a photographic record of the conditions of the facility on the date of the inspection as well as providing information regarding specific measurements and other areas chosen to be highlighted.

# Section 1 - Introduction & Overview

<u>Section 4 – Diagrams & Illustrations:</u>  Provides a satellite image (where available) and any illustrations provided.

<u>Section 5 - Items Corrected:</u> when applicable, this section is provided to identify items that have been corrected since our inspection and the date the correction was verified.

## ADA REQUIREMENTS FOR BARRIER REMOVAL

The American's with Disabilities Act of 1990 ("ADA") prohibits discrimination on the basis of disability by public accommodations and requires places of public accommodation and commercial facilities to be designed, constructed and altered in compliance with the accessibility standards of the ADA.

### §36.304 - Removal of Barriers (All Facilities / Regardless of Age)

The ADA requires public accommodations to remove architectural barriers in existing facilities where such removal is readily achievable (easily accomplishable and able to be carried out without much difficulty or expense).

### §36.401 – New Construction

The ADA requires places of public accommodation and commercial facilities intended for first occupancy after January 26, 1993 to be designed and constructed in accordance with the ADA Standards for Accessible Design

Buildings & facilities designed and constructed prior to March 15, 2012 must conform to the 1991 ADA Standards for Accessible Design. Buildings & facilities designed and constructed after March 15, 2012 must conform to the 2010 ADA Standards for Accessible Design.

### §36.402 & §36.403 – Alterations

The ADA requires alterations to a place of public accommodation or commercial facility, after January 26, 1992, be made so as to ensure that, to the maximum extent feasible, the altered portions of the facility are readily accessible to and usable by individuals with disabilities, including individuals who use wheelchairs.

## Section 1 - Introduction & Overview

If the alteration effects the usability of or access to an area of the facility that contains a primary function, then the path of travel to the altered area and the restrooms, telephones, and drinking fountains serving the altered area, must be readily accessible to and usable by individuals with disabilities, including individual who use wheelchairs, unless the cost and scope of such alterations is disproportionate to the cost of the overall alteration.

Buildings & facilities altered prior to March 15, 2012 must conform to the 1991 ADA Standards for Accessible Design. Buildings & facilities altered after March 15, 2012 must conform to the 2010 ADA Standards for Accessible Design.

## CALIFORNIA BUILDING CODE OBLIGATIONS FOR BARRIER REMOVAL

Building & facilities must conform to the version of the California Building Code ("CBC") under which the facility or improvement to your facility was constructed.   Changes in the requirements of the CBC do not automatically apply to existing facilities.   The building or facility must undergo addition, alteration or improvement to trigger the new requirements.

## Section 2 - AREAS INSPECTED

## AREAS INSPECTED

| Area Category | Area |
|---|---|
| Site | Accessible Routes - Overview |
| Site | Curb Ramp - CR1 |
| Site | Crosswalk - CW 1 |
| Site | Accessible Parking - Overview |
| Site | Accessible Parking - P1 (Van Accessible) |
| Site | Accessible Parking - P2 (Car Accessible) |
| Site | Accessible Parking - Tow Away Signs |
| Interior | Restroom - Men's Restroom (interior Clearance, Lavatory Pipe Insulation, and Grab Bars |

## Section 2 - Items Needing Correction

| Ref. No. | Area Category | Area | Barrier | ADAS/CBC Requirement Not Met | ADAS & CBC Reference | Corrective Action Needed | Photo |
|---|---|---|---|---|---|---|---|
| | | | AREAS INSPECTED COMPLY WITH CURRENT CBC AND ADAS CODES | | | | |

## Section 3 - Photographs



Photo # 1



Photo # 2




Photo # 3



Photo # 4



Photo # 5



Photo # 6

Section 3 - Page 1

KFC – 1345 Main Street, Santa Ana CA

## Section 3 - Photographs



Photo # 9



Photo # 12



Photo # 8



Photo # 11



Photo # 7



Photo # 10

Section 3 - Page 2

KFC – 1345 Main Street, Santa Ana CA

## Section 3 - Photographs



Photo # 15



Photo # 14



Photo # 17



Photo # 18



Photo # 13

Photo # 16

**Section 3 - Photographs**



Photo # 19

Photo # 20

Photo # 21

Photo # 22

Photo # 23

Photo # 24

## Section 3 - Photographs



Photo # 27



Photo # 30



Photo # 26



Photo # 29



Photo # 25



Photo # 28

**Section 3 - Photographs**



**Photo # 31**



**Photo # 32**




**Photo # 33**



**Photo # 34**



**Photo # 35**

**Photo # 36**

Section 3 - Page 7

## Section 3 - Photographs



**Photo # 37**

KFC – 1345 Main Street, Santa Ana CA

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 21515 Hawthorne Blvd. Suite 1130, Torrance, CA 90503.

On December 30, 2020 I served the document described as **DECLARATION OF ABEL MACHADO IN SUPPORT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** with the Clerk of the United States District Court District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

⊠(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM) In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF System.

⊠(FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 30, 2020 at Torrance, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

_____
Farzan Parandeh