Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorney for Plaintiff: JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BASRAON LLC, a California limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 8:20-cv-00313-MCS-JDE <br><br> Hon. Mark C. Scarsi <br><br> **DECLARATION OF KENNETH ARRINGTON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date: March 1, 2021 <br> Time: 9:00 a.m. <br> Ctrm: 7C |

I, Kenneth Arrington, declare as follows:

1. I am an investigator and a California Certified Access Specialist (CASp) hired on behalf of Plaintiff James Rutherford to conduct an investigation in this case. My California certificate number is 628.

2. I was given the assignment of going to the Kentucky Fried Chicken (the "Business") located at or about 1345 S. Main St., Santa Ana, California, 92707 (the "Property"), and taking photographs and measurements of the parking and path of travel leading to the Business.

3. On February 2, 2021, I went to the Business and Property and conducted the inspection.

4. A true and correct copy of the report I created in connection with my investigation of the Property on February 2, 2021, is attached as **Exhibit A**.

5. True and correct copies of the photographs I took in connection with my investigation of the Property on February 2, 2021, are attached as **Exhibit B** and numbered 1 through 213.

6. Based on my investigation I found that access barriers exist on the Property.

7. Installation of the van accessible parking space was not performed correctly with the minimum and maximum directions. Van accessible spaces shall be 144" wide minimum and access aisle serving car and van parking spaces shall be 60" wide minimum, or 108" wide minimum and access aisle measuring 96" wide minimum. I measured the van accessible space at the Property to be 112 ½" wide with a 93" wide access aisle. To conform with the 2010 ADA Standards for Accessible Design Sections 502.1, 502.2, and 502.3.1, I recommend restriping the parking spaces as necessary to provide 108" minimum width parking space and a 96" minimum width access aisle. When space and access aisle is restriped, the ISA pavement parking signage and the "NO PARKING" sign in the access aisle should be compliant, along with the color and configuration of the paint striping. (**Exhibit**

A, ABL #1; **Exhibit B**, pictures 71-73, 96-98).

8. The running slopes at the accessible route from the accessible parking to the main entrance shall not be steeper than 1:20 (5.0%). The running slope at this Property measured as high as 6.6% (Section 403.3) (**Exhibit A**, ABL #2; **Exhibit B**, pictures 170-171).

9. The tow away signage has been provided in the wrong location at the accessible route at the ramp from the public right of way, and it is incomplete with information. The sign should be at the entry to the parking facility or immediately adjacent to and visible from accessible spaces. The blank spaces shall be filled with appropriate information as a permanent part of the sign. (Section 11B-502.8.2) (**Exhibit A**, ABL #3; **Exhibit B**, pictures 176-178).

10. The ramp from the public right of way does not have handrails, which are required at ramps exceeding 5% running slope. The slopes of ramps at running slopes at the Property are between 7-8% and handrails should be installed on both sides of the ramp. (Sections 405.8; 505.2) (**Exhibit A**, ABL #4; **Exhibit B**, pictures 179-194).

11. No tow away parking signage has been provided at the parking entrance at the east entrance of the parking lot. (Section 11B-502.8.2) (**Exhibit A**, ABL #5; **Exhibit B**, pictures 210-213).

12. I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: February 10, 2021        By: _____
                                Kenneth Arrington
                                Certified Access Specialist #628

DECLARATION OF KENNETH ARRINGTON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT