| | | | | LIST (ABL) | | Surveyor: Kenneth Arrington CASp #628 | | | **BARRIER REVIEW PHASE - Enter appropriate responses in all cells in the two columns below.** | | | **BARRIER REMOVAL PHASE - Enter appropriate responses in all cells in all three columns below.** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | cken | | Survey Date: | 2/2/2021 | | | | | | | |
| | | | | es Ca 92707 | | *This determination did not include an assessment of Readily Achievable Barrier Removal. A review of the Business financials should be performed to assess what items may, or may not, be readily achievable. Property Owner shall provide me a schedule when Barriers will be removed for a follow-up inspection for certification. | | | | | | | | |
| | | | | g | Recommendation(s) | Surveyor's Notes | Photos | Cost Estimate | Readily Achievable Y/N | Estimated Removal Date | Barrier Removal Notes | Barrier Removal Date | Barrier Removal Photo Number |
| 00001 | Exterior | Van Accessible Parking Space | 4.6.3, 4.1.2(5)(b), A4.6.3 CA11B-502.1, CA11B-502.2, CA11B-502.3.1 502.1, 502.2, 502.3.1 | 1/2" WIDE, 93" WIDE ... 108" wide minimum and 144" wide minimum, width, and shall have plying with Section **Access aisles serving car and van parking spaces shall be 60" wide minimum.**: *The Van accessible parking space and aisle need to combine for a minimum 204". This particular Van Space and aisle measures a combined 205 1/2".* | Re-stripe existing parking spaces as necessary to provide 108" minimum width parking space and a 96" minimum width access aisle. If re-striping reduces the total number of parking spaces, check zoning ordinance or other regulations for compliance with minimum requirements. | Installation was not performed correctly with the minimum and maximum dimensions, however the overall combined dimensions do meet the minimum width requirements for a Van Accessible Space. When space and access aisle is restriped, ensure that the ISA pavement signage and the "NO PARKING" sign in the access aisle are compliant. Outline access aisle in blue (no specific color specified) and paint hatching a contrasting color from the parking space (white or blue is preferred) at 36" on center. Include the words "No Parking" with 12" minimum high letters on the pavement per Title 24. Space should be at least 216" (18') long for compliant depth. | 71, 72, 73, 96, 97, 98 | | | | | | |
| 00002 | Exterior | Accessible Route from Accessible Parking to the Main Entrance | 1991 ADA 4.3.7 2010 ADAS 403.3 CBC 11B-403.3 | Slope - The running slope of walking surfaces shall not be steeper than 1:20 (5.0%). The cross slope slope of walking surfaces shall not be steeper than 1:48 (2.0%). *Running slope measures as high as 6.6%. | Saw cut, remove and replace the existing asphalt with a new compliant asphalt walkway ensuring slopes slopes do not exceed 1:20 (5.0% Running Slope). | | 170, 171 | | | | | | |
| 00003 | Exterior | Accessible Route at Ramp from the Public Right of Way | 11B-502.8.2 | TOW AWAY SIGNAGE HAS BEEN PROVIDED IN THE WRONG LOCATION…..... INFORMATION FOR WHERE TO RECLAIM VEHICLE AND TELEPHONE # IS INCOMPLETE AND THE TELEPHONE # PROVIDED IS NOT PERMANENTLY ON SIGN AS REQUIRED. STICKERS WERE USED. | Provide a new sign(s) at entry to parking facility or immediately adjacent to and visible from accessible spaces: Size required to be 17" minimum x 22" minimum with 1" high minimum letters reading: "Unauthorized vehicles parked in designated accessible spaces not displaying distinguishing placards or special license plates issued for persons with disabilities will be towed away at the owner's expense. Towed vehicles may be reclaimed at ____or by telephoning____." | Blank spaces shall be filled in with appropriate information as a permanent part of the sign. | 176, 177, 178 | | | | | | |

| | | | | | Recommendation(s) | Surveyor's Notes | Photos | Cost Estimate | Readily Achievable Y/N | Estimated Removal Date | Barrier Removal Notes | Barrier Removal Date | Barrier Removal Photo Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00004 | Exterior | Ramp from Public Right of Way | CA11B-405.8, CA11B-505.2 405.8, 505.2 | HANDRAILS REQUIRED AT RAMP EXCEEDING 5% (MEASURES BETWEEN 7.0 - 8.5%) RUNNING SLOPES, BUT NO HANDRAILS ARE PROVIDED<br><br>Handrails are not provided at either side of ramp: | Install compliant handrail on both sides of ramp. Coordinate with edge protection, extensions, height requirements, and protruding object requirements. | If the installation of handrails are not feasible, a sloped walkway needs to be provided with running slopes no greater than 5%. Please be aware that handrail extensions can be turned at a 90 degree instead of extending into the opposing pedestrian traffic of the sidewalk. | 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194 | | | | | | |
| 00005 | Exterior | Parking Lot (East Entrance) | 11B-502.8.2 | NO TOW AWAY SIGNAGE HAS BEEN PROVIDED AT PARKING ENTRANCE | Provide a new sign(s) at entry to parking facility or immediately adjacent to and visible from accessible spaces:<br>Size required to be 17" minimum x 22" minimum with 1" high minimum letters reading:<br><br>"Unauthorized vehicles parked in designated accessible spaces not displaying distinguishing placards or special license plates issued for persons with disabilities will be towed away at the owner's expense. Towed vehicles may be reclaimed at ____or by telephoning____." | **Blank spaces shall be filled in with appropriate information as a permanent part of the sign.** | 210, 211, 212, 213 | | | | | | |