

1



2



3



4









17



18



19



20









33



34



35



36



37



38



39



40















53



54



55



56



57



58



59



60



61



62



63



64



















97

98



99



100

























