
153


154


155


156



157



158



159



160









173



174



175



176



177



178



179



180



181



182



183



184



185



186



187



188



189



190



191



192


193


194


195


196









