Kam Kooshki, (SBN 232315)
Sammy Zreik   (SBN 249020)
**WHITBECK, KOOSHKI & ZREIK LLP**
21515 Hawthorne Blvd. #1130
Torrance, CA 90503
Tel:   (888) 972-9477
Fax:   (310) 540-1112

Attorney for Defendant
BASRAON LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual;<br><br>           Plaintiff(s),<br><br>     v.<br><br>BASRAON LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>           Defendant(s). | CASE NO.: 8:20-cv-00313-MCS-JDE<br><br>**DEFENDANT BASRAON LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF** |

Defendant BASRAON LLC, (hereinafter referred to as "Defendant" or "Answering Defendant") answer to Plaintiff's First Amended Complaint, admit, deny and allege as follows:

## PARTIES:

1. Answering Paragraph 1 of the First Amended Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations, and on that basis, deny them.

2. Answering Paragraph 2 of the First Amended Complaint, Defendant admits they are a limited liability company in the state of California located at 1345 South Main Street, Santa Ana, CA 92707 ("Property"). As to the remaining allegations, Defendant lacks information sufficient to form a belief as to the truth of the allegations, and on that basis, deny them.

3. Answering Paragraph 3 of the First Amended Complaint, Defendant admits they are the owners of the Property.

4. Answering Paragraph 4 of the First Amended Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations, and on that basis, deny them.

## JURISDICTION AND VENUE

5. Answering Paragraph 5 of the First Amended Complaint, Defendant is not required to answer legal conclusions and argument, and on that basis, deny each and every allegation.

6. Answering Paragraph 6 of the First Amended Complaint, Defendant is not required to answer legal conclusions and argument, and on that basis, deny each and every allegation.

## FACTUAL ALLEGATIONS

7. Answering Paragraph 7 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

8.     Answering Paragraph 8 of the First Amended Complaint, Defendant admits only that the Property contains some areas that are open to the public. As to the remaining allegations, Defendant is not required to answer legal conclusions and argument, and on that basis, deny each and every remaining allegation.

9.     Answering Paragraph 9 of the First Amended Complaint, Defendant admits parking spaces are one of the facilities, privileges, and advantages reserved by Defendants to persons at the Property serving the Business.

10.    Answering Paragraph 10 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

11.    Answering Paragraph 11 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

12.    Answering Paragraph 12 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

13.    Answering Paragraph 13 of the First Amended Complaint, Defendant denies each and every allegation.

14.    Answering Paragraph 14 of the First Amended Complaint, Defendant denies each and every allegation.

15.    Answering Paragraph 15 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

16. Answering Paragraph 16 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

17. Answering Paragraph 17 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

18. Answering Paragraph 18 of the First Amended Complaint, Defendant is not required to answer legal conclusions and argument, and on that basis, deny each and every allegation.

19. Answering Paragraph 19 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

20. Answering Paragraph 20 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

21. Answering Paragraph 21 of the First Amended Complaint, Defendant denies each and every allegation.

22. Answering Paragraph 22 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

23. Answering Paragraph 23 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

24. Answering Paragraph 24 of the First Amended Complaint, Defendant denies each and every allegation.

25. Answering Paragraph 25 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

26. Answering Paragraph 26 of the First Amended Complaint, Defendant denies each and every allegation.

27. Answering Paragraph 27 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

**FIRST CAUSE OF ACTION**
(VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT OF 1990,
42 U.S.C. §12181 et *seq*, as amended by the ADA Amendments Act of 2008)
(P.L. 110-325)

28. Answering Paragraph 28 of the First Amended Complaint, Defendant repleads and incorporates by reference, as if fully set forth again herein, the allegations contained in each and every other paragraph in this Answer.

29. Answering Paragraph 29 of the First Amended Complaint, Defendant is not required to answer legal conclusion and argument, and on that basis, deny each and every allegation.

30. Answering Paragraph 30 of the First Amended Complaint, Defendant is not required to answer legal conclusion and argument, and on that basis, deny each and every allegation.

31. Answering Paragraph 31 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

32. Answering Paragraph 32 of the First Amended Complaint, Defendant is not required to answer legal conclusion and argument, and on that basis, deny each and every allegation.

33. Answering Paragraph 33 of the First Amended Complaint, Defendant is without knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, deny each and every allegation.

## AFFIRMATIVE DEFENSES

Defendant alleges the following affirmative defenses with respect to each cause of action. In addition, Defendant expressly reserves the right to assert additional affirmative defenses to the extent that Plaintiff attempts to violate Ninth Circuit law by expanding this case to include new alleged barriers not identified in the complaint. See Oliver v. Ralphs Grocery Co., 654 F.3d 903, 909 (9th Cir. 2011).

## FIRST AFFIRMATIVE DEFENSE

1. <u>Failure to State a Cause of Action.</u> AS A SEPARATE AND AFFIRMATIVE DEFENSE Answering Defendant alleges that Plaintiff's complaint, and each and every cause of action contained herein, fails to state facts sufficient to constitute a cause of action against Answering Defendants.

## SECOND AFFIRMATIVE DEFENSE

2. <u>Failure to Mitigate Damages.</u> AS A SEPARATE AND AFFIRMATIVE DEFENSE, Answering Defendants is informed and believes, and upon such information and belief alleges, that Plaintiff failed and has failed to mitigate damages by failing to take such actions as are reasonably necessary to minimize any loss which may have been, or in the future, may be sustained.

## THIRD AFFIRMATIVE DEFENSE

3. <u>Defendant Has Not Violated the Unruh Civil Rights Act.</u> AS A SEPARATE AND AFFIRMATIVE DEFENSE, Answering Defendant alleges that there has been no violation of the Unruh Civil Rights Act, in that there has been no refusal by Defendant keeping Plaintiff from
WHITEBECK, KOOSHKI & ZREIK LLP
21515 Hawthorne Blvd. #1130, Torrance Ca 90503
Tel: (888) 972-9477 Fax: (310) 540-1112

entering the premises owned, operated or controlled by Defendant and the structure of the premises allows Plaintiff to use the facilities.

### FOURTH AFFIRMATIVE DEFENSE

4. <u>Statute of Limitations.</u> AS A SEPARATE AND AFFIRMATIVE DEFENSE, Answering Defendant alleges that the Complaint, and each and every cause of action contained therein, is barred by the applicable statute of limitation.

### FIFTH AFFIRMATIVE DEFENSE

5. <u>Equal Access.</u> AS A SEPARATE AND AFFIRMATIVE DEFENSE, Answering Defendant has modified their policies, practices and procedures as required by the ADA to afford individuals with a disability full and equal access to the goods, services, facilities, privileges, advantages and accommodations offered by the premises at issue.

### SIXTH AFFIRMATIVE DEFENSE

6. <u>Alternative Methods.</u> AS A SEPARATE AND AFFIRMATIVE DEFENSE, Answering Defendant has alternative methods of complying with the ADA, thereby providing full and equal access for individuals with a disability to the goods, services, facilities, privileges, advantages and accommodations offered at the premises at issue.

### SEVENTH AFFIRMATIVE DEFENSE

7. <u>Defendant is in Compliance with California Civil Code Sections 51, 52, and 54.1.</u> AS A SEPARATE AND AFFIRMATIVE DEFENSE, With respect to the alleged inaccessible conditions mentioned in Plaintiff's Complaint, Answering Defendant is in complete compliance with California Civil Code sections 51, 52, and 54.1.

### EIGHTH AFFIRMATIVE DEFENSE

8. <u>Alleged Acts Were Not Intentional.</u> AS A SEPARATE AND AFFIRMATIVE DEFENSE. The discriminatory actions alleged by Plaintiff were not intentional. As a result, Plaintiff is not entitled to the relief requested in the Complaint.

### NINTH AFFIRMATIVE DEFENSE

9. <u>Unruh Act.</u> AS A SEPARATE AND AFFIRMATIVE DEFENSE, any alleged failure by Answering Defendant to alter, repair, or modify the premises in question does not give rise to a cause of action by Plaintiff under the Unruh Act, since the Unruh Act specifically exempts such conduct from the scope of the act.

### TENTH AFFIRMATIVE DEFENSE

10. <u>Structurally Impracticable.</u> AS A SEPARATE AND AFFIRMATIVE DEFENSE, Some or all of the claims in the Complaint are barred because the removal of physical barriers, if any exist, would be structurally impracticable.

### ELEVENTH AFFIRMATIVE DEFENSE

11. <u>Not Entitled to Attorneys' Fees.</u> AS A SEPARATE AND AFFIRMATIVE DEFENSE, The Complaint, and each cause of action contained therein, fails to allege facts sufficient to entitle Plaintiff to recover attorney's fees.

### TWELFTH AFFIRMATIVE DEFENSE

12. <u>Defendant Acted in Good Faith.</u> AS A SEPARATE AND AFFIRMATIVE DEFENSE, Answering Defendant acted in good faith and engaged in innocent conduct concerning all matters alleged by Plaintiff in its complaint and therefore Plaintiff is barred from recovering any damages under such contract.

### THIRTEENTH AFFIRMATIVE DEFENSE

13. <u>Acts of Others.</u> AS A SEPARATE AND AFFIRMATIVE DEFENSE, Answering Defendant alleges that the causes of action alleged herein are barred in that nay alleged act or

omission of Answering Defendant herein was superseded by the acts or omissions of others, including Plaintiff and third parties, which were the sole cause of any injury, damage or loss alleged sustained by either Plaintiff herein.

### FOURTEENTH AFFIRMATIVE DEFENSE

14. <u>Lack of Standing.</u> AS A SEPARATE AND AFFIRMATIVE DEFENSE, Answering Defendant alleges that Plaintiff has no standing to assert the claims alleged in the Complaint because, among other things, Defendant is informed and believe that Plaintiff is not within the class that the American With Disabilities Act was intended to protect from unlawful discrimination on the basis of disability and Plaintiff is not an aggrieved person under the Americans With Disabilities Act.

### FIFTEENTH AFFIRMATIVE DEFENSE

15. <u>Additional Affirmative Defenses</u>. AS A SEPARATE AND AFFIRMATIVE DEFENSE, Answering Defendant alleges that he may have additional affirmative defenses that are not presently known and/or ascertainable. As such, Answering Defendant hereby reserves the right to raise such additional affirmative defenses that may be discovered or ascertained after filing his underlying Answer.

**WHEREFORE, this Answering Defendant prays for Judgement on the First Amended Complaint for Injunctive Relief as follows:**

1. That Plaintiff takes nothing by its complaint and that the Complaint be dismissed with prejudice and that judgment be awarded in favor of this Answering Defendant;

2. That this Answering Defendant be awarded his attorney's fees incurred in this case; and

---

DEFENDANT BASRAON LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF

9

3. That this Answering Defendant be awarded such other and further relief as this Court deems just and proper.

Dated: March 12, 2021                    WHITBECK, KOOSHKI, & ZREIK LLP

By: *Sammy Zreik*
Sam Zreik
Attorney for Defendant
BASRAON LLC

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 21515 Hawthorne Blvd. Suite 1130, Torrance, CA 90503.

On March 15, 2021 I served the document described as **DEFENDANT BASRAON LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF** with the Clerk of the United States District Court District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

☒(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM) In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF System.

☒(FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 15, 2021 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

*Sammy Zreik*
Sammy Zreik